Opinion of February 6, 2003, Withdrawn, Dismissed and Substitute Opinion
filed April 3, 2003









Opinion of February 6, 2003, Withdrawn, Dismissed and
Substitute Opinion filed April 3, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00095-CV

____________

 

XENOS MAN-WAH YUEN, USA LUBE OIL AND CHEMICAL

COMPANY, L.L.C., CAI YI, and GLORY MISSION, Appellants

 

V.

 

GRACE YUK-MUI-CHIN, RICHARD A. TINDALL,

WASHINGTON MUTUAL BANK, F.A., and BANK ONE, N.A., Appellees

                                                                                                                                               


On Appeal from the 312th District Court

Harris County, Texas

Trial Court Cause No. 91-13820-A

                
                                                                                                                               

 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 14,
2001.  On February 6, 2003, this court
issued an opinion, affirming the trial court=s judgment.

On March 18, 2003, appellants and appellees
filed a joint motion, advising the court that the parties had reached an
agreement to settle, and that, pursuant to the terms of that settlement
agreement, the parties asked this court to withdraw the opinion of February 6,
2003, and dismiss the appeal.  See
Tex. R. App. P. 42.1.  We grant the motion.








Accordingly, we withdraw the opinion of February 6, 2003, and
substitute this opinion, dismissing the appeal.

 

PER CURIAM

 

Judgment rendered and Opinion
filed April 3, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.